# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EMELDA RAMSEY MINGO

NO. 2024 KW 0970

**DECEMBER 23, 2024**

---

In Re:     Emelda Ramsey Mingo, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 590889.

---

BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.** For felony cases in which the defendant has been sentenced to imprisonment at hard labor, as in this case, there is no authorization for the court to amend the sentence after execution of the sentence has begun unless the court grants a timely filed motion to reconsider sentence. See La. Code Crim. P. arts. 881(A) & 881.1(A)(1); **State v. Woods**, 2019-1141 (La. App. 1st Cir. 6/4/21), 328 So.3d 434, 448; see also **State v. Gedric**, 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (per curiam), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT